IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN W. STEWART, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:13-cv-00216 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| EDMONDS, ET AL, | ) | By:   James C. Turk |
|     Defendant(s). | ) |        Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 10th day of July, 2013.

/s/ James C. Turk
Senior United States District Judge